Johnny LOPEZ, Plaintiff
Below, Appellant,

v.

David PIERCE, et al., Defendants
Below, Appellees.

No. 664, 2015

Supreme Court of Delaware.

Submitted: December 22, 2015

Decided: December 30, 2015

DISMISSED.

Michael J. RUSSO, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 533, 2015

Supreme Court of Delaware.

Submitted: December 23, 2015

Decided: December 30, 2015

DISMISSED.

Sye C. NEWTON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 532, 2015

Supreme Court of Delaware.

Submitted: December 23, 2015

Decided: December 30, 2015

DISMISSED.